IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**  **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.    No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**    **DEFENDANT**

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOSH SANFORD

Pursuant to Local Rule 83.2(a) of the Joint Local Rules of Civil Practice, Plaintiffs Michael Montana and Kenneth Hendrix respectfully move this Court for entry of an Order granting Josh Sanford, Sanford Law Firm, PLLC, leave to *appear pro hac vice* as Plaintiff's co-counsel in the above-referenced case. In support of this Motion, Plaintiffs state as follows:

1. Sanford is a lawyer at Sanford Law Firm, PLLC, 10800 Financial Center Parkway, Suite 510, Little Rock, Arkansas, 72211.

2. Sanford is a member of the following bars: (1) Supreme Court of Arkansas (admitted 2001), (2) Eastern District of Arkansas (admitted 2001), (3) Western District of Arkansas (admitted 2001), (4) Western District of Texas (admitted 2012), (5) Southern District of Texas (admitted 2012), (6) District of Colorado (admitted 2010), (7) District of North Dakota (admitted 2016), (8) Eastern District of Michigan (admitted 2012), (9) Northern District of Illinois (admitted 2019), (10) District of Nebraska (admitted 2020), (11) Western District of Michigan (admitted 2020), (12) District of New Mexico (admitted 2021), (13) Western District of Wisconsin (admitted 2021), (14) Northern District of Ohio

Page 1 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA
Motion for Admission Pro Hac Vice of Josh Sanford

(admitted 2021), (15) Southern District of Illinois (admitted 2021), and (16) Central District of Illinois (admitted 2022). He is in good standing in all the state and federal bars of which he is a member.

3. A true and correct copy of his certificate of good standing from the Supreme Court of Arkansas issued within the last 90 days is attached as Exhibit A.

4. He is not currently and has never been disbarred or suspended from practice by any court, Bar, or other admitting or licensing authority. He was once cautioned in Arkansas based on a complaint in 2013.

5. For purposes of this action, Sanford consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Sanford is registered for CM/ECF filing in the United States District Courts for the Eastern and Western Districts of Arkansas; District of Colorado; District of North Dakota; Northern, Southern, and Central Districts of Illinois; District of New Mexico; Eastern and Western Districts of Michigan; District of Nebraska; Northern District of Ohio; Western and Southern Districts of Texas; and Western District of Wisconsin. Moreover, co-counsel has completed in person CM/ECF training in the Western District of Kentucky and will prepare or assist in the preparation of electronic filings.

7. Plaintiff's counsel of record, Michele Henry, is a member of the Bar of this Court, and has been admitted to practice and is in good standing with, the Supreme Court of Kentucky. Ms. Henry will serve as local counsel and Sanford Law Firm, PLLC has been engaged as co-counsel in this case.

8. The admission fee was paid contemporaneously with this Motion.

Wherefore, Plaintiffs respectfully request that the Court grant leave for Josh

Page 2 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA
Motion for Admission Pro Hac Vice of Josh Sanford

Sanford to appear *pro hac vice* in this case.

                                  Respectfully submitted,

                                  CRAIG HENRY PLC

                                  */s/ Michele Henry*
                                  Michele Henry
                                  Ky. Bar No. 89199
                                  401 West Main Street, Suite 1900
                                  Louisville, Kentucky 40202
                                  (502) 614.5962
                                  mhenry@craighenrylaw.com

                                  SANFORD LAW FIRM, PLLC
                                  Kirkpatrick Plaza
                                  10800 Financial Center Parkway, Suite 510
                                  Little Rock, Arkansas 72211
                                  Telephone: (501) 221-0088
                                  Facsimile: (888) 787-2040

                                  */s/ Josh Sanford*
                                  Josh Sanford
                                  Ark. Bar No. 2001037
                                  josh@sanfordlawfirm.com

Page 3 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA
Motion for Admission Pro Hac Vice of Josh Sanford