UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA, *et al.*,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS,

V.　　　　　　　　　　　　　　　**ORDER**

PRYSMIAN CABLES
AND SYSTEMS USA, LLC,　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the undersigned on the motion of Plaintiffs for permission to allow Josh Sanford, Esq. to appear in this action *pro hac vice* on their behalf. [R. 26]. Sanford made the proper showing and paid the admission fee. Therefore, having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that the motion [R. 26] is GRANTED, and Josh Sanford, Esq. be and is hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed May 18, 2023.

