IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**　　　　　　　**PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.　　　　　　　　　No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**　　　　　　　**DEFENDANT**

## **MOTION TO WITHDRAW—ATTORNEY KRISTA SHEETS**

Attorney Krista Sheets, an attorney of record herein, for her Motion to Withdraw as counsel for Plaintiffs, states as follows:

1.　The undersigned has resigned as a member of the Sanford Law Firm, PLLC.

2.　Josh Sanford of the Sanford Law Firm, PLLC, and Michele Henry of Craig Henry PLC, will remain counsel for Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Krista Sheets withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY KRISTA SHEETS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Wash. Bar No. 40100
krista@sanfordlawfirm.com