IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**            **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.                    No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**            **DEFENDANT**

## PROPOSED ORDER GRANTING WITHDRAWAL OF ATTORNEY KRISTA SHEETS

The Court has considered the Motion to Withdraw Attorney Krista Sheets and determined that the Motion should be GRANTED.

It is, therefore, ORDERED that Krista Sheets is permitted to withdraw, and is hereby released, as counsel for Plaintiffs. It is further ORDERED that Josh Sanford of Sanford Law Firm, PLLC, and Michele Henry of Craig Henry PLC, shall continue as counsel for Plaintiffs.

SIGNED this ____ day of _____, 2023.

_____
Hon. _____
United States _____ Judge