UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA, *et al.*,                                                                                     PLAINTIFFS,

V.                                                            **ORDER**

PRYSMIAN CABLES AND
SYSTEMS USA, LLC, *et al.*,                                                                              DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Attorney Krista Sheets filed a Motion to Withdraw as counsel of record for the Plaintiffs in the above-captioned matter, stating that she has resigned as a member of the Sanford Law Firm, PLLC. [R. 28]. The Local Rules provide that an attorney of record may only withdraw under the following circumstances:

> (a) The attorney files a motion, his or her client consents in writing, and another attorney enters his or her appearance; or
>
> (b) The attorney files a motion, certifies the motion was served on the client, makes a showing of good cause, and the Court consents to the withdrawal on whatever terms the Court chooses to impose.
>
> (c) In cases where an attorney seeks to be substituted for another as attorney of record, and both attorneys are within the same partnership or other legal professional association, a notice of substitution must be filed by the withdrawing attorney and the substitute attorney with an affirmative representation stating that the substitution is made with the client's consent; the notice may, but need not be, signed by the client.

LR 83.6(a)–(c).

Ms. Sheets' motion appears to be made under LR. 83.6(c), but it is deficient because it is not "filed by the withdrawing attorney *and* the substitute attorney" and it does not contain "an affirmative representation that the substation is made with the client's consent[.]" LR 83.6(c)

Page **1** of **2**

(emphasis added).  Accordingly,

    IT IS ORDERED that Krista Sheets shall supplement her Motion to Withdraw [R. 28] so that it complies with Local Rule 83.6 on or before June 2, 2023.

    Signed May 24, 2023.

Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge