IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**                    **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.                               No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**                    **DEFENDANT**

### NOTICE OF SUBSTITUTION—ATTORNEY KRISTA SHEETS

Attorney Krista Sheets, an attorney of record herein, and attorney Josh Sanford, an attorney of record herein, hereby give notice of their substitution as counsel of record for the Plaintiffs in this action, showing the Court as follows:

1. Attorney Krista Sheets has resigned as a full-time member of the Sanford Law Firm, PLLC.

2. Attorney Josh Sanford of the Sanford Law Firm, PLLC, filed a Motion to Appear Pro Hac Vice (ECF No. 26), which this Court granted on May 18, 2023. ECF No. 27.

3. Attorney Krista Sheets and Attorney Josh Sanford file this Notice of Substitution to supplement Attorney Krista Sheets' Motion to Withdraw (ECF No. 28).

4. Josh Sanford of the Sanford Law Firm, PLLC, and Michele Henry of Craig Henry PLC, who have already entered appearances herein, will remain counsel for all Plaintiffs.

5. Pursuant to Local Rule 83.6(c), Plaintiffs Michael Montana and Kenneth Hendrix were advised of the substitution of counsel in this case, and the Plaintiffs have affirmatively consented to this substitution of counsel.

Respectfully submitted,

**ATTORNEYS KRISTA SHEETS AND JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Wash. Bar No. 40100
krista@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar. No. 2001037
josh@sanfordlawfirm.com