UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA, *et al.*,　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS,

V.　　　　　　　　　　　　　　　　**ORDER**

KENNETH HENDRIX, *et al.*,　　　　　　　　　　　　　　　　　　　　　DEFENDANTS.

*** *** *** ***

Attorney Krista Sheets moved to withdraw as attorney for the Plaintiffs, advising the Court that she is no longer associated with the law firm representing Plaintiffs, Sanford Law Firm, PLLC. [R. 28]. The Court ordered Ms. Sheets to supplement her motion so that it complied with Local Rule 83.6. [R. 29]. Ms. Sheets has since supplemented her motion so that it complies with the Local Rules. Accordingly,

**IT IS ORDERED** that Krista Sheets' Motion to Withdraw [R. 28] is GRANTED.

Signed June 2, 2023.



Signed By:
Edward B. Atkins　*EBA*
United States Magistrate Judge