IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**    **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.        No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**    **DEFENDANT**

### JOINT MOTION FOR RE-BRIEFING ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

Plaintiffs Michael Montana and Kenneth Hendrix (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, and Defendant Prysmian Cables and Systems USA, LLC ("Defendant"), by and through their undersigned counsel, for their Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification, state and allege as follows:

1. On March 20, 2023, Plaintiffs filed their Motion for Conditional Certification, For Approval and Distribution of Notice and For Disclosure of Contact Information, requesting that the Court conditionally certify a collective of all hourly employees of Defendant since November 22, 2019. (ECF No. 23).

2. On April 4, 2023, the Parties filed a Joint Motion to Stay Briefing on Plaintiffs' Motion for Conditional Certification ("Joint Motion to Stay") in light of a pending decision from the Sixth Circuit Court of Appeals in *In re: A&L Home Care and Training Ctr., et al.*, Sixth Circuit Case No. 22-3101, regarding the standard that should be applied when determining whether conditional certification of a collective action is appropriate. (ECF No. 25).

Page 1 of 4
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification

3. In their Joint Motion to Stay, the Parties requested that the Court stay further briefing on Plaintiffs' Motion for Conditional Certification until 30 days after the Sixth Circuit Court of Appeals issued its ruling in *In re: A&L Home Care and Training Ctr., et al.*, Sixth Circuit Case No. 21-3101. (ECF No. 25).

4. On May 19, 2023, the Sixth Circuit Court of Appeals issued its ruling in *In re: A&L Home Care and Training Ctr., et al.*, Sixth Circuit Case No. 22-3101, adopting a "strong-likelihood standard" to be applied when determining whether conditional certification of a collective action is appropriate. *Id.*, Sixth Circuit Case No. 22-3101/3102, 2023 U.S. App. LEXIS 12365, at *12-13.

5. As forecasted as a possibility in the Parties' Joint Motion to Stay, the Sixth Circuit's decision has provided a new framework in which to analyze Plaintiffs' Motion for Conditional Certification.

6. For this reason, the Parties request a new briefing schedule for Plaintiffs' Motion for Conditional Certification, and that the Court allow Plaintiffs to re-brief their Motion for Conditional Certification.

7. More specifically, the Parties request that Plaintiffs have 20 days to file a new brief supporting their Motion for Conditional Certification, that Defendant have 30 days from the date of service of the new brief to file its Response, and that Plaintiffs have 14 days from the date of service of the Response to file their Reply.

8. Counsel for both Parties have conferred regarding this Motion. The Parties agree on the relief requested and submit this Motion jointly.

9. This Motion is brought for good cause and not for the purpose of unnecessary delay.

Page 2 of 4
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court grants this Motion; that the Court grants the Plaintiffs a period of time of 20 days to file a new brief supporting their Motion for Conditional Certification; that Defendant have 30 days from the date of service of Plaintiffs' new brief to file its Response; that Plaintiffs have 14 days from the date of service of the Response to file their Reply; and for all other relief to which the Parties may be entitled.

Respectfully submitted,

**MICHAEL MONTANA and KENNETH HENDRIX, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

CRAIG HENRY PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone: (502) 614-5962

*/s/ Michele Henry*
Michele Henry
Ky. Bar No. 89199
mhenry@craighenrylaw.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT PRYSMIAN CABLES AND SYSTEMS USA, LLC**

FROST BROWN TODD LLP
400 West Market St., Suite 3200

Page 3 of 4
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification

        Louisville, Kentucky 40202
        Telephone: (502) 779-8713
        Facsimile: (502) 581-1087

        Souhila EL Moussaoui
        selmoussaoui@fbtlaw.com
        Kyle D. Johnson
        kjohnson@btlaw.com

        FROST BROWN TODD LLP
        3300 Great American Tower
        301 East Fourth Street
        Cincinnati, Ohio 45202
        Telephone: (513) 651-6800
        Facsimile: (513) 651-6981

        */s/ Neal Shah*_____
        Neal Shah
        nshah@fbtlaw.com

**Page 4 of 4**
**Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC**
**U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA**
**Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification**