IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**　　　　　**PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.　　　　　　　　No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**　　　　　**DEFENDANT**

**PROPOSED ORDER GRANTING JOINT MOTION FOR RE-BRIEFING
ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

The Court has considered the Parties' Joint Motion for Re-Briefing on Plaintiffs' Motion for Conditional Certification and determined that the Motion should be GRANTED.

It is, therefore, ORDERED that Plaintiffs shall have 20 days from the date of this Order to file a new brief supporting their Motion for Conditional Certification, that Defendant shall have 30 days from the date of service of Plaintiffs' new brief to file its Response, and that Plaintiffs shall have 14 days from the date of service of the Response to file their Reply.

SIGNED this ____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. _____
　　　　　　　　　　　　　　　　　　　　　United States _____ Judge