UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA, *et al.*,                                          PLAINTIFFS,

V.                                          **<u>ORDER</u>**

PRYSMIAN CABLES AND
SYSTEMS USA, LLC,                                          DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties filed a Joint Motion for Re-briefing, requesting that the Court establish a new briefing schedule for Plaintiff's motion for conditional certification in light of the Sixth Circuit's recent decision, *Clark v. A&L Homecare & Training Ctr., LLC*, 68 F.4th 1003 (6th Cir. 2023). [R. 32]. The parties having agreed, and the Court being otherwise sufficiently advised,

IT IS ORDERED that:

1.  Plaintiffs' Motion to Certify Class [R. 23] is DENIED without prejudice;

2.  The parties' Joint Motion to Stay [R. 25] is DENIED AS MOOT; and

3.  The parties' Joint Motion for Re-briefing [R. 32] is GRANTED, and the briefing schedule is as follows:

    a.  On or before July 7, 2023, the Plaintiffs shall file a Motion for Conditional Certification;

    b.  No later than thirty (30) days after service of Plaintiffs' motion, the Defendant shall file its Response; and

    c.  No later than fourteen (14) days after service of Defendant's Response,

Plaintiffs shall file their Reply.

Signed June 23, 2023.



**Signed By:**

***Edward B. Atkins***

**United States Magistrate Judge**