IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**  **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.                    No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**               **DEFENDANT**

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to LR 83.6(c), Defendant Prysmian Cables and Systems USA, LLC, by counsel, moves the Court to substitute Ryan G. Stevens of Frost Brown Todd LLP as co-counsel of record in the above-referenced case in lieu of Souhila EL Moussaoui in light of Ms. EL Moussaoui's impending departure from Frost Brown Todd LLP. Neal Shah and Kyle D. Johnson of Frost Brown Todd LLP will continue to represent Defendant Prysmian Cables and Systems USA, LLC in this matter, along with Mr. Stevens. Counsel certifies that Defendant Prysmian Cables and Systems USA, LLC consents to the substitution.

WHEREFORE, Defendant requests that this motion for substitution of counsel be granted, that Ms. EL Moussaoui be removed from all service lists and no longer receive electronic notices in this case, and that Mr. Stevens be added to the service list in this matter.

Respectfully submitted,

FROST BROWN TODD LLP

/s/ *Souhila EL Moussaoui*
/s/ Ryan G. Stevens
Neal Shah (*Admitted PHV*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202

1

>(513) 651-6800 (Telephone)
>(513) 651-6981 (Facsimile)
>nshah@fbtlaw.com
>
>Kyle D. Johnson
>Ryan G. Stevens
>Souhila EL Moussaoui
>400 West Market St., Suite 3200
>Louisville, Kentucky 40202
>(502) 779-8713 (Telephone)
>(502) 581-1087 (Facsimile)
>kjohnson@fbtlaw.com
>selmoussaoui@fbtlaw.com
>rstevens@fbtlaw.com
>
>*Counsel for Defendant Prysmian Cables and Systems USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a copy of the foregoing was served by and through the Court's e-filing system upon the following:

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone (502) 614-5962
mhenry@craighenrylaw.com

Josh Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone (501) 221-0088
Facsimile (888) 787-2040
josh@sandfordlawfirm.com

>/s/ *Souhila EL Moussaoui*
>
>*Counsel for Defendant*

2799560.0764772    4884-3456-8815v1