IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**   **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.    No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**   **DEFENDANT**

**ORDER**

The Court having considered Defendant Prysmian Cables and Systems USA, LLC's Motion to Withdraw and Substitute Counsel and otherwise being sufficiently advised:

IT IS HEREBY ORDERED THAT said motion is GRANTED. Ryan G. Stevens shall be substituted for Souhila EL Moussaoui as co-counsel for the Defendant in the above captioned case. Neal Shah and Kyle D. Johnson of Frost Brown Todd LLP will continue to represent Defendant in this matter as well. Souhila EL Moussaoui shall be removed from all service lists and shall no longer receive electronic notices in this case.

cc: Counsel of Record

1

Tendered by:

FROST BROWN TODD LLP

/s/ *Souhila EL Moussaoui*
/s/ Ryan G. Stevens
Neal Shah (*Admitted PHV*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com

Kyle D. Johnson
Ryan G. Stevens
Souhila EL Moussaoui
400 West Market St., Suite 3200
Louisville, Kentucky 40202
(502) 779-8713 (Telephone)
(502) 581-1087 (Facsimile)
kjohnson@fbtlaw.com
selmoussaoui@fbtlaw.com
rstevens@fbtlaw.com

*Counsel for Defendant Prysmian Cables and Systems USA, LLC*

2799560.0764772   4878-7128-7151v1