IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**　　　　　　　　**PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.　　　　　　　　No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**　　　　　　　**DEFENDANT**

### PLAINTIFFS' RENEWED MOTION FOR COLLECTIVE ACTION CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF JUDICIALLY SUPERVISED NOTICE, AND FOR DISCLOSURE OF CONTACT INFORMATION

Plaintiffs Michael Montana and Kenneth Hendrix (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through their undersigned counsel, for their Renewed Motion for Collective Action Certification, for Approval and Distribution of Judicially Supervised Notice, and for Disclosure of Contact Information, state and allege as follows:

1.　　　Plaintiffs brought this suit on behalf of certain former and current employees of Defendant Prysmian Cables and Systems USA, LLC ("Defendant"), to recover unpaid wages and other damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2.　　　Plaintiffs bring this action as a collective action pursuant to 29 U.S.C. § 216(b). Plaintiffs ask this Court to certify the following collective:

**All Hourly Employees since November 22, 2019.**

3.　　　Plaintiffs and the members of the collective are similarly situated, and certification of the proposed collective is therefore appropriate.

Page 1 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Renewed Motion for Collective Action Certification, etc.

4.      Attached as Exhibits 1 and 2, respectively, are the *Notice* and *Consent to Join* proposed by Plaintiffs for distribution in this case. Attached as Exhibit 3 is the *Electronic Notice* proposed by Plaintiffs for electronic distribution in this case. The *Notices* and *Consent* make no comment on the merits of the case. The *Notices* are narrowly drawn to notify potential collective members of the pending litigation, the composition of the collective and their right to "opt in" to the litigation.

5.      Plaintiffs request a period of ninety days to distribute the *Notice* and file *Consent* forms with this Court and request this Court to enter an Order directing Defendant to produce the names, last known home addresses, phone numbers, as well as personal and work email addresses of potential opt-in plaintiffs no later than seven days after the date of the entry of the Order granting this Motion.

6.      Plaintiffs request that this Court permit them to provide the *Notice* to potential opt-in plaintiffs through U.S. Mail and email and that this Court permit Plaintiffs to distribute a follow-up reminder notice via email and U.S. Mail.

7.      Plaintiffs incorporate their Brief in Support of this Motion, filed concurrently herewith.

8.      In support of this Motion, Plaintiffs incorporate the following exhibits:

Ex. 1: Proposed Notice of Right to Join Lawsuit ("*Notice*");
Ex. 2: Proposed Consent to Join ("*Consent to Join*");
Ex. 3: Proposed Email Text ("*Email Text*");
Ex. 4: Proposed Reminder Postcard ("*Postcard*");
Ex. 5: Declaration of Josh Sanford;
Ex. 6: Declaration of Michael Montana; and
Ex. 7: Declaration of Kenneth Hendrix.

WHEREFORE, premises considered, Plaintiffs pray that the Court certify the proposed collective; that Defendant be ordered to provide the names and last known

Page 2 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Renewed Motion for Collective Action Certification, etc.

mailing addresses, cell phone numbers, as well as personal and work email addresses of all potential collective members no later than seven days after the date of the entry of the Order granting this Motion; for approval and sending of the attached *Notice* and *Consent to Join* forms to all collective members as set forth herein, including leave to send a reminder email and a follow-up postcard, beginning thirty days after the opt-in period begins, to potential plaintiffs who have not responded to the *Notice*; that the Court grant counsel a period of ninety days during which to distribute the *Notice* and to file opt-in plaintiffs' *Consent* forms with this Court; that the Court approve of Plaintiffs' proposed language for electronic distribution of *Notice*; for costs and a reasonable attorney's fee; and for all other relief to which Plaintiffs may be entitled.

Respectfully submitted,

**MICHAEL MONTANA and KENNETH HENDRIX, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

CRAIG HENRY PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone: (502) 614-5962

*/s/ Michele Henry*
Michele Henry
Ky. Bar No. 89199
mhenry@craighenrylaw.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Ark Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
**Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) No. 2:22-cv-143-DLB-EBA
Renewed Motion for Collective Action Certification, etc.**