IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**  **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.   No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**   **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly employee for Prysmian Cables and Systems USA, LLC, on or after November 22, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____   _____
SIGNATURE   Mailing Address

_____   _____
PRINTED NAME   City, State and Zip

Date: _____   _____
   Email Address

   _____
   Telephone

**Josh Sanford, Esq.**
**josh@sanfordlawfirm.com**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**

**IMPORTANT: RETURN FOR FILING BEFORE _____ ___, 2023**