IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**             **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.              No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**              **DEFENDANT**

## SECOND NOTICE OF RIGHT TO JOIN LAWSUIT

On _____ __, 2023, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff.  You are being sent this second notice because you have not yet joined the lawsuit.  If you did not receive the first Notice and would like a copy, please contact Plaintiffs' attorney listed below.  <u>If you already sent a Consent, it has not been received.</u>  The consent must be received by _____ __, 2023.

**Mr. Josh Sanford**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**Email: josh@sanfordlawfirm.com**