UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA and KENNETH HENDRIX,
Each Individually and on Behalf of
All Others Similarly Situated                                              PLAINTIFFS,

V.                                             **ORDER**

PRYSMIAN CABLES AND SYSTEMS USA, LLC                                        DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

Souhila EL Moussaoui moves to withdraw as counsel of record for Defendant Prysmian Cables and Systems USA, LLC and to have Ryan G. Stevens be substituted as co-counsel in this action. [R. 34]. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the motion to withdraw and substitute counsel [R. 27] is GRANTED.

Signed July 10, 2023.



Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge