UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

MICHAEL MONTANA and KENNETH )
HENDRIX, Each Individually and on Behalf )
of All Others Similarly Situated )
                      )
       Plaintiffs, )
                      )          ***Electronically Filed***
v. )
                      )    CASE NO.: 2:22-cv-00143-DLB-EBA
PRYSMIAN CABLES AND SYSTEMS )
USA, LLC )
                      )
       Defendant. )

## JOINT MOTION TO STAY THE PROCEEDINGS
## PENDING SETTLEMENT DISCUSSIONS

       Defendant Prysmian Cables and Systems USA, LLC ("Prysmian") and Plaintiffs Michael

Montana and Kenneth Hendrix hereby jointly move the Court, pursuant to Fed. R. Civ. P. 16, to

enter the attached Order staying the proceedings of this case pending settlement discussions

between the parties.

       The power to stay proceedings is incidental to the power inherent in every court to control

the disposition of the causes on its docket with economy of time and effort for itself, for counsel

and for litigants. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). *Asahi Glass Co. Ltd.*

*v. Toledo Engineering Co., Inc.*, 262 F. Supp. 2d 839, 842 (N.D. Ohio 2003).

       Plaintiffs filed this lawsuit on November 22, 2022 alleging violations of the Fair Labor

Standards Act. (Doc. #1). Defendants timely provided its Answer on January 17, 2023. Plaintiffs

filed a Motion for Conditional Certification on March 20, 2023. (Doc. #23). On April 4, 2023,

the parties agreed to a Joint Motion to Stay briefing on Plaintiffs' Motion for Conditional

Certification pending the Sixth Circuit's pending decision regarding the conditional certification

standard in *In re: A&L Home Care and Training Ctr., et al.*, Sixth Circuit No. 21-305. (Doc. #25).

Following the Sixth Circuit's decision in *Clark*, Plaintiffs filed a Motion to Re-Brief Conditional Certification to comply with the new standards set forth in *Clark*.  (Doc. #32).  Plaintiffs refiled their Motion for Conditional Certification on July 7, 2023 and Defendant's response to Plaintiffs' Motion is due August 7, 2023.  (Doc. #35).  No other deadlines are pending before the Court.

During the pendency of this case, Plaintiffs filed a complaint with the Department of Labor regarding the same claims alleged in this case.  The Department of Labor investigated the Plaintiffs' complaint and the Defendants ultimately reached a settlement agreement with the Department of Labor and the Plaintiffs as to a portion of their tenure with Defendants.  Based on that agreement, the parties have also begun negotiations to resolve the claims in this lawsuit.  Accordingly, the parties jointly move this Court to order a stay of the proceedings (including a stay of Defendant's deadline to respond to Plaintiffs' Motion for Conditional Certification) pending settlement discussions.  A stay of the proceedings is necessary to allow the parties to negotiate a potential settlement without incurring the costs of responding to Plaintiff's Motion for Conditional Certification.   The parties further agree that if settlement negotiations are not successful in resolving the case, the parties will submit a joint motion to the Court to lift the stay and Defendant will be required to respond to Plaintiffs' Motion for Conditional Certification within 21 days of the lifting of the stay.  Such a stay of the case will reduce both parties' litigation costs and greater facilitate a resolution of the case.

2

Respectfully submitted,


/s/ Josh Sanford (via email authorization)
Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone (502) 614-5962
mhenry@craighenrylaw.com

Josh Sanford (*Admitted PHV*)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone (501) 221-0088
Facsimile (888) 787-2040

*Counsel for Plaintiffs*

FROST BROWN TODD LLP
/s/ Neal Shah
Neal Shah (*Admitted PHV*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com

Kyle D. Johnson
Ryan G. Stevens
400 West Market St., Suite 3200
Louisville, Kentucky 40202
(502) 779-8713 (Telephone)
(502) 581-1087 (Facsimile)
kjohnson@fbtlaw.com
selmoussaoui@fbtlaw.com

*Counsel for Defendant Prysmian Cables and Systems USA, LLC*

2799560.0764772   4894-1799-2562v2