UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| MICHAEL MONTANA and KENNETH HENDRIX, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>PRYSMIAN CABLES AND SYSTEMS USA, LLC<br><br>Defendant. | *Electronically Filed*<br><br>CASE NO.: 2:22-cv-00143-DLB-EBA |

## [PROPOSED] ORDER

The Parties, by and through their respective counsel, having moved this Court to stay all proceedings in this matter, including the briefing and resolution of Plaintiff's Motion for Conditional Certification (Doc. # 35), pending the parties settlement discussions and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Parties' Joint Motion is GRANTED and the proceedings in this matter are stayed pending the parties settlement negotiations. It is further ORDERED that if settlement negotiations are not successful in resolving the case, the parties will submit a joint motion to the Court to lift the stay and Defendant will be required to respond to Plaintiffs' Motion for Conditional Certification within 21 days of this Court's Order lifting the stay.

**Signed** this ____ day of _____, 2023.

_____
Hon. _____
United States _____ Judge

2799560.0764772   4871-8447-5507v2

1