UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA and KENNETH HENDRIX,
Each Individually and on Behalf of
All Others Similarly Situated                                                      PLAINTIFFS,

V.                                               **ORDER**

PRYSMIAN CABLES AND SYSTEMS USA, LLC                              DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed a joint motion to stay the ongoing proceedings in this matter pending the conclusion of settlement discussions. [R. 38]. In support of this motion, the parties state the Defendants have reached a settlement with the Department of Labor and the Plaintiffs as to a portion of their tenure with the Defendants and that they now wish to begin settlement negotiations for the claims in this action. [*Id.* at pg. 2]. The parties also request that the deadline for Defendants' response to Plaintiffs' Motion for Conditional Certification [R. 35] also be stayed pending the results of these settlement discussions. However, the joint motion does not state how much time will be needed to conduct these settlement negotiations. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the parties shall supplement their Joint Motion to Stay the Proceedings Pending Settlement Discussions [R. 38] on or before August 4, 2023, by filing a response to this Order that shall specify the length of time the parties wish the requested stay to be.

Signed July 31, 2023.

