UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| MICHAEL MONTANA and KENNETH HENDRIX, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRYSMIAN CABLES AND SYSTEMS USA, LLC<br><br>Defendant. | *Electronically Filed*<br><br>CASE NO.: 2:22-cv-00143-DLB-EBA |

### SUPPLEMENT TO JOINT MOTION TO STAY THE PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS

In response to the Court's Order of July 31, 2023 (Doc. # 39) requesting a specific timeline regarding the parties Joint Motion to Stay the Proceedings Pending Settlement Discussions, Defendant Prysmian Cables and Systems USA, LLC ("Prysmian") and Plaintiffs Michael Montana and Kenneth Hendrix (collectively "Plaintiffs") hereby jointly supplement their prior Joint Motion. The parties jointly request a 90 day stay of the proceedings, through October 30, 2023, to conduct settlement discussions. Either before or at the conclusion of this 90 day period, the parties will submit to the Court a status update regarding the progress of settlement discussions, whether additional time is needed to conduct settlement discussions, or whether resuming the proceedings is necessary. If the stay of proceedings is lifted, Defendant Prysmian shall file a Response to Plaintiffs' Motion for Conditional Certification on or before November 21, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Josh Sanford (via email authorization)* | FROST BROWN TODD LLP |
| Michele Henry | */s/ Neal Shah* |
| Craig Henry PLC | Neal Shah (*Admitted PHV*) |
| 401 West Main Street, Suite 1900 | 3300 Great American Tower |
| Louisville, Kentucky 40202 | 301 East Fourth Street |
| Telephone (502) 614-5962 | Cincinnati, Ohio 45202 |
| mhenry@craighenrylaw.com | (513) 651-6800 (Telephone) |
| | (513) 651-6981 (Facsimile) |
| Josh Sanford (*Admitted PHV*) | nshah@fbtlaw.com |
| Sanford Law Firm, PLLC | |
| Kirkpatrick Plaza | Kyle D. Johnson |
| 10800 Financial Centre Pkwy, Suite 510 | Ryan G. Stevens |
| Little Rock, Arkansas 72211 | 400 West Market St., Suite 3200 |
| Telephone (501) 221-0088 | Louisville, Kentucky 40202 |
| Facsimile (888) 787-2040 | (502) 779-8713 (Telephone) |
| | (502) 581-1087 (Facsimile) |
| *Counsel for Plaintiffs* | kjohnson@fbtlaw.com |
| | selmoussaoui@fbtlaw.com |
| | |
| | *Counsel for Defendant Prysmian Cables and Systems USA, LLC* |

2799560.0764772  4894-1799-2562v2