UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA and KENNETH HENDRIX,
Each Individually and on Behalf of
All Others Similarly Situated                                                                    PLAINTIFFS,

V.                                               **ORDER**

PRYSMIAN CABLES AND SYSTEMS USA, LLC                                              DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties previously filed a joint motion to stay the ongoing proceedings in this matter pending the conclusion of settlement discussions. [R. 38]. In support of this motion, the parties state the Defendants have reached a settlement with the Department of Labor and the Plaintiffs as to a portion of their tenure with the Defendants and that they now wish to begin settlement negotiations for the claims in this action. [*Id.* at pg. 2]. The parties also request that the deadline for Defendants' response to Plaintiffs' Motion for Conditional Certification [R. 35] also be stayed pending the results of these settlement discussions. The undersigned directed the parties to supplement their joint motion by specifying how long the requested stay should be. [R. 39]. The parties have since filed the supplement, stating that they request a 90 day stay through October 30, 2023, to conduct settlement negotiations. [R. 40]. In addition, if the stay is lifted after this 90 day stay, Defendant Prysmian Cables and Systems USA, LLC is to file a response to Plaintiff's Motion for Conditional Certification [R. 35] on or before November 21, 2023. [R. 40]. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the parties' Joint Motion to Stay the Proceedings Pending Settlement Discussions [R. 38] is GRANTED. All proceedings and pending deadlines for this matter shall be stayed for a period of 90 days, through October 31, 2023. On or before October 31, 2023, the parties shall submit a joint status report advising the Court on the status of the settlement negotiations, whether additional time will be needed to settle the matter, or whether lifting the stay is necessary. IT IS FURTHER ORDERED that, in the event the stay of the proceedings is lifted, Defendant Prysmian Cables and Systems USA, LLC shall file a response to Plaintiff's Motion for Conditional Certification [R. 35] on or before November 22, 2023.

Signed August 3, 2023.



Signed By:
_Edward B. Atkins_   *EBA*
United States Magistrate Judge