IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**  **PLAINTIFFS**
Each Individually and on Behalf of
All Others Similarly Situated

vs.  No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**  **DEFENDANT**

### MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE SERRANO

Pursuant to Local Rule 83.2(a) of the Joint Local Rules of Civil Practice, Plaintiffs Michael Montana and Kenneth Hendrix respectfully move this Court for entry of an Order granting Katherine Serrano, Forester Haynie, PLLC, leave to *appear pro hac vice* as Plaintiff's co-counsel in the above-referenced case. In support of this Motion, Plaintiffs state as follows:

1. Serrano is a lawyer at Forester Haynie, PLLC, 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201.

2. Serrano is a member of the following bars: (1) Northern District of Texas (admitted 2021), (2) Indiana Southern District Court (admitted 2022), (3) Illinois Southern District Court (admitted 2022), (4) Western District of Arkansas (admitted 2021). She is in good standing in all the state and federal bars of which he is a member.

3. A true and correct copy of her certificate of good standing from the Supreme Court of Texas issued within the last 90 days is attached as Exhibit A.

4. She is not currently and has never been disbarred or suspended from practice by any court, Bar, or other admitting or licensing authority.

Page 1 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA
Motion for Admission Pro Hac Vice of Katherine Serrano

5. For purposes of this action, Serrano consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Serrano is registered for CM/ECF filing in the United States District Courts for the Northern District of Texas; Indiana Southern District Court; Illinois Southern District Court; Western District of Arkansas. Moreover, co-counsel has completed in person CM/ECF training in the Western District of Kentucky and will prepare or assist in the preparation of electronic filings.

7. Plaintiff's counsel of record, Michele Henry, is a member of the Bar of this Court, and has been admitted to practice and is in good standing with, the Supreme Court of Kentucky. Ms. Henry will serve as local counsel and Forester Haynie, PLLC has been engaged as co-counsel in this case.

8. The admission fee was paid contemporaneously with this Motion.

Wherefore, Plaintiffs respectfully request that the Court grant leave for Katherine Serrano to appear *pro hac vice* in this case.

Respectfully submitted,

CRAIG HENRY PLC

/s/ Michele Henry
Michele Henry
Ky. Bar No. 89199
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
(502) 614.5962
mhenry@craighenrylaw.com

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
Facsimile: (469) 399-1070

Page 2 of 3
Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC
U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA
Motion for Admission Pro Hac Vice of Katherine Serrano

/s/ Katherine Serrano
Katherine Serrano
Texas Bar No. 24110764
kserrano@foresterhaynie.com

**Page 3 of 3**
**Michael Montana, et al. v. Prysmian Cables and Systems USA, LLC**
**U.S.D.C. (E.D. Ky.) Case No. 2:22-cv-143-DLB-EBA**
**Motion for Admission Pro Hac Vice of Katherine Serrano**