IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**MICHAEL MONTANA and KENNETH HENDRIX,**           **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.                    No. 2:22-cv-143-DLB-EBA

**PRYSMIAN CABLES AND SYSTEMS USA, LLC**           **DEFENDANT**

## PROPOSED ORDER

This matter is before the Court on Plaintiffs' motion for the Court to allow their attorney, Katherine Serrano, to appear *pro hac vice* in the above caption action (ECF No. 42). Ms. Serrano's application satisfies all the requirements under the Local Rules. *See* LR 83.2. Having fully considered the matter, and the Court being otherwise sufficiently advised,

IT IS ORDERED that Plaintiffs' motion (ECF No. 42) is GRANTED. Katherine Serrano shall be permitted to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.