# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**MICHAEL MONTANA AND KENNETH HENDRIX,** individually and on behalf of all others similarly situated,

        Plaintiffs,

   v.

**PRYSMIAN CABLES AND SYSTEMS USA, LLC,**

        Defendant.

*Electronically Filed*

Case No. 2:22-cv-00143-DLB-EBA

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

Pending before the Court is the Parties' Joint Motion to Extend Stay (the "Motion"). Having considered the Motion and finding good cause shown, the Court is of the opinion that it should be, and hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED** that the Parties' Motion be **GRANTED** and that this matter be stayed for an additional period of 30 days from the date of entry of this Order.

**SO ORDERED** this ___ day of _____, 2023.

_____
**US DISTRICT COURT JUDGE**