UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA and KENNETH HENDRIX,
Each Individually and on Behalf of
All Others Similarly Situated,                                          PLAINTIFFS,

V.                                  **ORDER**

PRYSMIAN CABLES AND SYSTEMS USA, LLC,                    DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Motion to Extend Stay. [R. 44]. The Court previously granted the parties' motion to stay these proceedings until October 31, 2023, to allow them time to conduct settlement negotiations. [R. 41]. The parties now request that the stay be extended for an additional 30 days to allow them time to finish their settlement negotiations. [R. 44]. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the parties' Joint Motion to Extend Stay [R. 44] is GRANTED. All proceedings and pending deadlines for this matter shall be stayed for a period of 30 days, through December 1, 2023. On or before December 1, 2023, the parties shall submit a joint status report advising the Court on the status of the settlement negotiations, whether additional time will be needed to settle the matter, or whether lifting the stay is necessary.

Signed November 1, 2023.



Signed By:
**_Edward B. Atkins_** _EBA_
**United States Magistrate Judge**