AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| D KENNETH HENDRIX, individually and on behalf of a ) <br> *Plaintiff* ) <br> v. ) <br> PRYSMIAN CABLES AND SYSTEMS USA, LLC, ) <br> *Defendant* ) | Case No. 2:22-cv-00143-DLB-EBA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Michael Montana and Kenneth Hendrix .

Date: 11/03/2023

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano, Texas Bar No. 24110764
*Printed name and bar number*

400 North Saint Paul Street, Suite 700, Dallas, TX 75201
*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*