# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **MICHAEL MONTANA AND KENNETH HENDRIX,** individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>**PRYSMIAN CABLES AND SYSTEMS USA, LLC,**<br><br>         Defendant. | *Electronically Filed*<br><br>Case No. 2:22-cv-00143-DLB-EBA |

## JOINT MOTION TO EXTEND STAY

Michael Montana and Kenneth Hendrix ("Plaintiffs") and Prysmian Cables and Systems USA, LLC (collectively, "Defendant") respectfully and jointly request, as a means of facilitating settlement of the claims in this lawsuit, that the Court extend the stay of these proceedings pending continued settlement discussions for an additional 45 days, and in support thereof state as follows:

1.     Plaintiffs, individually and on behalf of similarly situated persons, filed this suit on November 22, 2022, against Defendant. *See* Dkt. #1.

2.     Following discussions after Plaintiffs filed this lawsuit, and as a means of facilitating potential settlement, the Parties agreed to enter a stay. The Court granted a 90-day stay on August 3, 2023. *See* Dkt. #41.

3.     Since the initiation of the stay, the Parties have continued to engage in settlement negotiations and have made further progress to resolve this matter without additional litigation.

4.     The Parties are making progress on settlement negotiations and believe they can achieve a resolution of the claims in the next 45 days.

5. As a result of the Parties' continued settlement discussions, the Parties request that the Court extend the current stay of this matter by an additional 45 days, until January 16, 2024, in order to facilitate the Parties' settlement discussions.

6. In conjunction with this request, the Parties request a corresponding stay of all applicable deadlines.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the stay of this matter, including all corresponding deadlines, by an additional 45 days and grant any other just relief.

Dated this 1st day of December, 2023

Respectfully submitted,

/s/ Katherine Serrano
Katherine Serrano*
FORESTER HAYNIE PLLC
400 N. St. Paul St., Ste. 700
Dallas, Texas 75201
(214) 210-2100
kserrano@foresterhaynie.com
*Admitted pro hac vice

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone (502) 614-5962
mhenry@craighenrylaw.com

Josh Sanford (Admitted PHV)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone (501) 221-0088
Facsimile (888) 787-2040

**COUNSEL FOR PLAINTIFFS**

FROST BROWN TODD LLP
/s/ Neal Shah
Neal Shah (Admitted PHV)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com
Kyle D. Johnson
Ryan G. Stevens
400 West Market St., Suite 3200
Louisville, Kentucky 40202
(502) 779-8713 (Telephone)
(502) 581-1087 (Facsimile)
kjohnson@fbtlaw.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served on all counsel and parties of record by electronic service through the Court's ECF System.

/s/ Neal Shah
Neal Shah