UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| MICHAEL MONTANA and KENNETH HENDRIX, Each Individually and on Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br> v. <br><br> PRYSMIAN CABLES AND SYSTEMS USA, LLC <br><br> Defendant. | *Electronically Filed* <br><br> CASE NO.: 2:22-cv-00143-DLB-EBA |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion to Extend Stay. The Court previously granted the parties' motion to stay these proceedings until December 1, 2023, to allow them time to conduct settlement negotiations. The parties now request that the stay be extended for an additional 45 days to allow them time to finish their settlement negotiations. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the parties' Joint Motion to Extend Stay is GRANTED. All proceedings and pending deadlines for this matter shall be stayed for a period of 45 days, through January 16, 2023. On or before January 16, 2023, the parties shall submit a joint status report advising the Court on the status of the settlement negotiations, whether additional time will be needed to settle the matter, or whether lifting the stay is necessary.

**Signed** this ____ day of _____, 2023.

Hon. _____
United States _____ Judge

2799560.0764772   4871-8447-5507v2