UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00143-DLB-EBA

MICHAEL MONTANA and KENNETH HENDRIX,
Each Individually and on Behalf of
All Others Similarly Situated,                                                            PLAINTIFFS,

V.                                                **ORDER**

PRYSMIAN CABLES AND SYSTEMS USA, LLC,                             DEFENDANT.

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Extend Stay. [R. 47]. The parties have requested that the stay in this matter be extended for an additional 45 days to allow the parties time to complete settlement negotiations. [*Id.*]. The parties also request a corresponding stay of all applicable deadlines. [*Id.*]. Having reviewed the matter and being sufficiently advised,

IT IS ORDERED that the parties' Joint Motion to Extend Stay [R. 47] is GRANTED. All proceedings and pending deadlines for this matter shall be stayed for a period of 45 days, through January 16, 2024. On or before January 16, 2024, the parties shall submit a joint status report advising the Court on the status of the settlement negotiations, whether additional time will be needed to settle the matter, or whether lifting the stay is necessary.

Signed December 5, 2023.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge