UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

MICHAEL MONTANA and KENNETH )
HENDRIX, Each Individually and on Behalf )
of All Others Similarly Situated )
 )
     Plaintiffs, )
 )         ***Electronically Filed***
v. )
 )   CASE NO.: 2:22-cv-00143-DLB-EBA
PRYSMIAN CABLES AND SYSTEMS )
USA, LLC )
 )
     Defendant.

## <u>STIPULATION OF DISMISSAL</u>

Plaintiffs and Defendant, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) respectfully file this stipulation of dismissal of the above captioned matter with prejudice, each party bearing its own fees and costs.  The parties have reached a resolution of their claims.

Respectfully submitted,

*/s/ Katherine Serrano*
Katherine Serrano*
FORESTER HAYNIE PLLC
400 N. St. Paul St., Ste. 700
Dallas, Texas 75201
(214) 210-2100
kserrano@foresterhaynie.com
*Admitted pro hac vice*

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
Telephone (502) 614-5962
mhenry@craighenrylaw.com

1

Josh Sanford (Admitted PHV)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone (501) 221-0088
Facsimile (888) 787-2040

**COUNSEL FOR PLAINTIFFS**

FROST BROWN TODD LLP
*/s/ Neal Shah*
Neal Shah (Admitted PHV)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com
Kyle D. Johnson
Ryan G. Stevens
400 West Market St., Suite 3200
Louisville, Kentucky 40202
(502) 779-8713 (Telephone)
(502) 581-1087 (Facsimile)
kjohnson@fbtlaw.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel and parties of record by electronic service through the Court's ECF System.

/s/ *Katherine Serrano*
Katherine Serrano

2799560.0764772   4892-7754-5049v4

2